UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY CHOATE,<br><br>                Plaintiff,<br><br>vs.<br><br>GENERAL MOTORS LLC, and DOES 1 through 50, inclusive,<br><br>                Defendants. | Case No. 2:20-CV-01381-TLN-AC<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE ALL DATES AND DEADLINES IN THE INITIAL PRETRIAL SCHEDULING ORDER AND RELATED DEADLINES** |

ORDER GRANTING JOINT STIPULATION TO CONTINUE ALL DATES AND DEADLINES IN THE INITIAL PRETRIAL SCHEDULING ORDER AND RELATED DEADLINES

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

Based on the Parties' Joint Stipulation to Continue All Dates and Deadlines in the Initial Pretrial Scheduling Order and Related Deadlines, and good cause having been shown, the Court orders the following:

All dates and deadlines in the Initial Pretrial Scheduling Order [Dkt. 3] shall be continued by at least six (6) months, as follows:

- March 12, 2021: deadline to confer as required by Federal Rule of Civil Procedure 26(f);
- September 10, 2021: deadline to complete non-expert discovery;
- November 12, 2021: deadline to designate experts;
- December 17, 2021: deadline to supplement expert designations;
- January 14, 2022: deadline to file a Joint Notice of Trial Readiness if the Parties do not intend to file dispositive motions; and
- March 4, 2022: deadline to file dispositive motions

All formal discovery shall be stayed until the Parties have had a meaningful opportunity to explore potential mediation and/or informal resolution of this matter.

**IT IS SO ORDERED.**

Dated: September 10, 2020

_____
Troy L. Nunley
United States District Judge

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

1

ORDER GRANTING JOINT STIPULATION TO CONTINUE ALL DATES AND DEADLINES IN THE INITIAL PRETRIAL SCHEDULING ORDER AND RELATED DEADLINES