UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY CHOATE,<br><br>    Plaintiff,<br><br>vs.<br><br>GENERAL MOTORS LLC, and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No. 2:20-CV-01381-TLN-AC<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE ALL DATES AND DEADLINES IN THE PRETRIAL SCHEDULING ORDER AND RELATED DEADLINES** |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

Based on the Parties' Joint Stipulation to Continue All Dates and Deadlines in the Pretrial Scheduling Order and Related Deadlines, and good cause having been shown, the Court orders the following:

All dates and deadlines in the Pretrial Scheduling Order [Dkt. 8] shall be continued, as follows:

- December 17, 2021: deadline to confer as required by FRCP 26(f);
- June 17, 2022: deadline to complete non-expert discovery;
- August 19, 2022: deadline to designate experts;
- September 23, 2022: deadline to supplement expert designations;
- October 21, 2022: deadline to file a Joint Notice of Trial Readiness if the Parties do not intend to file dispositive motions; and
- December 16, 2022: deadline to file dispositive motions.

**IT IS SO ORDERED.**

Dated: July 7, 2021

Troy L. Nunley
United States District Judge

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES